UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SOCIETY OF ANESTHESIOLOGISTS,<br><br>                    Plaintiff,<br><br>v.<br><br>BEVMD, LLC,<br><br>                    Defendant. | Case No. 15-CV-600-BAS-JLB<br><br>**CONSENT DECREE AND ORDER OF DISMISSAL** |
| BEVMD, LLC,<br><br>                    Counter-Plaintiff,<br><br>     v.<br><br>AMERICAN SOCIETY OF ANESTHESIOLOGISTS,<br><br>                    Counter-Defendant. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, as follows:

1.  <u>Factual Findings</u>. Plaintiff/Counter-Defendant American Society of Anesthesiologists ("ASA") originally filed its Complaint on November 18, 2014, in the United States District Court for the Northern District of Illinois seeking various injunctive and monetary relief pursuant to the Lanham Act, 15 U.S.C. §§ 1114 and 1125 and Illinois statutory and common law. The ASA claims that BevMD, LLC ("BevMD") has been infringing the ASA's trademarks and has been falsely claiming that BevMD's product, Clearfast, has or received the ASA's "Seal of Compliance."

2.  BevMD filed a motion to transfer, which was granted. This case was transferred to this Court on March 17, 2015. (ECF No. 48.)

3.  The ASA filed an Amended Complaint in this Court on June 1, 2015, adding state and common law claims for false advertising and seeking a declaratory judgment of noninfringement of U.S. Patent 6,069,131. (ECF No. 66.)

4.  BevMD answered the Amended Complaint on May 2, 2016, and denied all allegations of trademark infringement. On that same day, BevMD also filed a counterclaim against the ASA asserting false advertising pursuant to California Business & Professional Code § 17500 *et seq.* and patent infringement. (ECF No. 91.)

5.  This Court has personal jurisdiction over the Parties and subject matter jurisdiction over the federal and state law claims in the ASA's Complaint pursuant to 28 U.S.C. §§ 1331, 1338(a) and 1367.

6.  On June 15, 2016, the Parties participated in an Early Neutral Evaluation Conference and the Lawsuit was amicably resolved.

7.  <u>Term</u>. Unless expressly stated, the specific prohibitions, obligations, and requirements imposed by this Order and Consent Decree shall be in effect for unlimited duration.

8.  <u>Definitions</u>. For purposes of this Order and Consent Decree, the following definitions shall apply:

    a. The "ASA" means the American Society of Anesthesiologists, and its officers, employees, and agents, and successors and assigns.

    b. "ASA® Marks" means U.S. Trademark Registration 3,692,276 for "ASA" for use with, among other things: publications, namely, brochures, professional journals, newsletters, pamphlets, in the field of the medical practice of anesthesiology including pain management and critical care medicine; and U.S. Trademark Registration 3,760,149 for "American Society of Anesthesiologists" for use with, among other things: publications, namely, brochures, professional journals, newsletters, pamphlets, in the field of the medical practice of anesthesiology including pain management and critical care medicine.

    c. "BevMD" means BevMD, LLC, and its officers, agents and employees, and any successor or affiliated entities. The term "BevMD" also includes any new business or entity BevMD or any of its officers or employees may form in the future and that sells medical or healthcare-related products.

    d. "Clearfast" means that preoperative beverage sold by BevMD and that is at issue in the Lawsuit.

9.  <u>Permanent Injunction</u>. BevMD is permanently enjoined and barred from, directly or indirectly:

    a. Making any of the following statements, in whole or in part, regarding Clearfast, either verbatim or in substantially similar form:

        i. "In the interim, in 1999, the American Society of Anesthesiologists (ASA), issued its first official fasting guidelines for healthy patients having elective surgery. Basically, it completely validated the Clearfast® patent with the endorsement of the "two hour clear liquid fast."

>> Consequently, in an unprecedented action, the ASA allowed BevMD to declare, on its Clearfast label, that it was in total compliance with those fasting guidelines;"
>
> ii. "The American Society of Anesthesiologists (ASA) granted Clearfast® the distinction of stating on its label that it totally complies with its preoperative fasting guidelines;" and
>
> iii. "Clearfast® is the first U.S. patented and American Society of Anesthesiologist approved pre-operative beverage designed and patented by anesthesiologist M. Lou Marsh, M.D;"

b. Using the ASA® Marks in connection with the sale of Clearfast or any other product;

c. Making any statement that BevMD, Clearfast, or any other product has or received the ASA's "Seal of Compliance;"

d. Making any other statements that the ASA endorsed, approved, or evaluated Clearfast in connection with the sale of Clearfast or any other product; and

e. Except as set forth in Section 10, making reference or comparison, either in writing or orally, to the ASA in connection with BevMD or the labeling, promotion, or marketing of Clearfast or any other product.

10. <u>Disclaimer</u>. Notwithstanding the restrictions imposed under Section 9(a)-(e), BevMD may, in reference to Clearfast only, including the label of the bottle, any packaging, and any promotional or marketing materials, state that Clearfast "Meets the American Society of Anesthesiologists® Preoperative Fasting Guidelines for Clear Liquids" provided, however, that the disclaimer "The American Society of Anesthesiologists® has not evaluated these claims nor endorsed this product" is featured in a prominent position proximate to the foregoing statement.

11. <u>Enforcement and Retention of Jurisdiction</u>.  The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement or enforce the terms of this Order and Consent Decree and the Settlement Agreement, which the parties agree shall be incorporated by reference into this Order and Decree.  Upon obtaining knowledge of any violation by BevMD of the terms and provisions of this Order and Consent Decree, the ASA may seek relief from this court by way of motion or *ex parte* application.

12. <u>Dismissal</u>.  With the exception of the enforcement of this Order and Consent Decree and the Settlement Agreement, this action is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees

DONE AND ORDERED in San Diego, California, on September 2, 2016.

**IT IS SO ORDERED.**

DATED:  September 2, 2016

Hon. Cynthia Bashant
United States District Judge